**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **JERRY BOTELER,**         ) | |
|     **AIS #256161,**         ) | |
|                                 ) | |
|     **Plaintiff,**         ) | |
|                                 ) | |
| **vs.**         ) | |
|                                 ) | **CASE NO. 2:14-cv-204-MEF** |
| **OFFICER TOWNSEND,**         ) | |
|                                 ) | |
|     **Defendant.**         ) | |

## ANSWER

COMES NOW, Defendant in the above styled action, by and through the undersigned counsel, to file this Answer in response to the Plaintiff's Complaint (Doc. 1), and pursuant to the Court's Order of March 24, 2014. (Doc. 4). Defendant states as follows:

1. Defendant admits that on November 27, 2013, the Plaintiff was in Dormitory J, which was not his assigned dorm.

2. Defendant admits that the gates to the dorms were closed on November 27, 2013, at around the time of the incident.

3. Defendant denies each and every other allegation in the Complaint and demands strict proof thereof.

4. Defendant specifically denies touching the Plaintiff in any way or encouraging other inmates to physically assault him and demands strict proof thereof.

The Defendant asserts the following defenses:

1. Defendant pleads not guilty to the charges in the Plaintiff's Complaint and

1

      demands strict proof thereof.

2. Defendant denies that the Plaintiff's constitutional rights against deliberate indifference or excessive force have been violated and demand strict proof thereof.

3. The Plaintiff is not entitled to any of the relief requested.

4. To the extent the claim of the Plaintiff against the Defendant in his official capacity, that claim is barred by the Eleventh Amendment to the United States Constitution.

5. Defendant pleads the defense of qualified immunity.

6. The Plaintiff is not entitled to any relief under 42 U.S.C. §1983.

7. Defendant pleads all applicable immunities, including but not limited to qualified immunity, absolute immunity, sovereign immunity, discretionary function immunity, Eleventh Amendment immunity, and state agent immunity.

8. Defendant was at all times acting under the color of state law, and, therefore, is entitled to qualified immunity.

9. Defendant pleads the general defense.

10. Defendant pleads the defense of unclean hands.

11. The Plaintiff's claims for monetary damages are barred by the PLRA.

12. Defendant reserves the right to raise additional defenses.

                                          Respectfully Submitted,

                                          Luther Strange
                                          Attorney General

                                          Anne A. Hill (ADA054)
                                          General Counsel

                    /s/ Katherine S. Jessip
Katherine S. Jessip (JES006)
Assistant Attorney General
JESSK1236

**ADDRESS OF COUNSEL:**
**Alabama Department of Corrections**
**Legal Division**
**301 Ripley Street**
**Post Office Box 301501**
**Montgomery, AL  36130-1501**
**334-353-4859**

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day May, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following (or by U.S. Mail to the non-CM-ECF participants):

Jerry Boteler
AIS #256161
Bullock Correctional Facility
104 Bullock Dr. Hwy 82 E
Union Springs, AL 36089

                    /s/ Katherine S. Jessip
Katherine S. Jessip (JES006)
Assistant Attorney General