IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JERRY BOTELER, #256161, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO. 2:14cv204-WHA |
| | ) | |
| OFFICER TOWNSEND, | ) | (WO) |
| | ) | |
| Defendant. | ) | |

# FINAL JUDGMENT

In accordance with the order of the court entered in this case on this day,

Final Judgment is entered in favor of the Defendant, and against the Plaintiff, Jerry Boteler, and this case is DISMISSED without prejudice.

DONE this 28th day of August, 2014.

/s/  W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE